# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 1815 | **DATE** | 1/21/2005 |
| **CASE TITLE** | Laser Reproductions, Inc., et al. vs. Conde Systems, Inc., et al. | | |

**DOCKET ENTRY TEXT:**

Enter consent order. Status hearing held. This case is dismissed with prejudice, all matters in controversy having been settled. The court retains jurisdiction of this action to enforce the terms of this consent order.

■ [ For further detail see attached order.]   Docketing to mail notices.

| | Courtroom Deputy Initials: | IS |
|---|---|---|